**FILED IN OPEN COURT**
**U.S.D.C. Atlanta**

NOV 21 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALLAN ANTONIO RIVAS CASTANEDA,<br>A/K/A "JALA JALA",<br>A/K/A "JJ",<br>A/K/A "TOYOTA" | Criminal Action No.<br>1:16-MJ-00956-AJB |

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A drug offense having a maximum term of imprisonment of 10 years or more;

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 21, 2016.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265

JOHN A. HORN
United States Attorney

MARY C. ROEMER
Assistant United States Attorney
Ga. Bar No. 611790

## Certificate of Service

I served this document today by handing a copy to defense counsel:

        James R. Hodes

November 21, 2016

        /s/ MARY C. ROEMER
        MARY C. ROEMER
        Assistant United States Attorney