# 1MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)

**ORIGINAL**

FILED IN OPEN COURT
DATE: 11/21/16 @ 1:37 pm
TAPE: FTR
TIME IN COURT: 14 Mins.

MAGISTRATE JUDGE: ALAN J. BAVERMAN
CASE NUMBER: 1:16-MJ-956
AUSA: Lynsey Barron
USPO / PTR: Lisa Moore

COURTROOM DEPUTY CLERK: Lisa Enix
DEFENDANT'S NAME: Allan Antonio Rivas-Castaneda
DEFENDANT'S ATTY: James Hodes

___ ARREST DATE _____

**X** Initial appearance hearing held.  **X** Defendant informed of rights.
**X** Interpreter sworn: David Hoover

## COUNSEL

___ ORDER appointing Federal Defender as counsel for defendant.
___ ORDER appointing _____ as counsel for defendant.
___ ORDER: defendant to pay attorney's fees as follows: _____

## IDENTITY / PRELIMINARY HEARING

**X** Defendant WAIVES identity hearing.   **X** WAIVER FILED
___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.
___ Defendant WAIVES preliminary hearing.   ___ WAIVER FILED
___ Preliminary hearing held..   ___ Probable cause found; def. held to District Court for removal to other district
___ Removal hearing set _____ @ _____.
**X** Commitment to Another District Filed.

## BOND/PRETRIAL DETENTION HEARING

**X** Government motion for detention filed.
___ Detention hearing set for _____ @ _____   ( ) In charging district.)
**X** Detention Hearing WAIVED in this District.
___ Government motion for detention
___ Pretrial detention ordered.   ___ Written order to follow.
___ BOND set at _____   ___ NON-SURETY   ___ SURETY
___ cash   ___ property   ___ Signature
___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.
___ Bond not executed. Defendant to remain in Marshal's custody.
___ Motion ( ) verbal) to reduce/revoke bond filed.
___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED