AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

**FILED IN OPEN COURT**
**U.S.D.C. Atlanta**

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

NOV 21 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:16-MJ-956-AJB |
| ALLAN ANTONIO RIVAS-CASTANEDA ) | |
| ) | Charging District's Case No. 1:16-MJ-00736 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[X] ~~an identity hearing~~, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 11/21/2016

Appoved: 
Alan J. Baverman, U.S. Magistrate Judge

X _AR #16_
*Defendant's signature*

_Signature of defendant's attorney_

JIM HODES
*Printed name of defendant's attorney*