AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of GEORGIA

FILED IN OPEN COURT
U.S.D.C. Atlanta
NOV 21 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
V.
Allan Antonio Rivas-Castaneda

COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | District of Columbia | 1:16-MJ-956-AJB | 1:16-Cr-201 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment  ☐ Information  ☐ Complaint  ☐ Other

charging a violation of   21   **U.S.C.**   959(a), 960, 963

**DISTRICT OF OFFENSE**
District of Columbia

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Five Kilograms or More of Cocaine for Importation into the United States

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☐ No  X Yes  Language: Spanish

**DISTRICT** Northern District of Georgia

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/21/2016
Date

ALAN J. BAVERMAN, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |